**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CLIFTON HARRELL, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ACCOUNTS RECEIVABLE )<br>MANAGEMENT, INC. d/b/a ARM, )<br>)<br>Defendant )<br>) | **Case No.: 1:13-cv-7913-RMB-AMD** |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: <u>March 11, 2014</u>         BY: <u>*/s/ Amy L. Bennecoff*</u>
                                                             Amy L. Bennecoff, Esquire
                                                             Attorney ID # AB 0891
                                                             Kimmel & Silverman, P.C
                                                             30 East Butler Pike
                                                             Ambler, PA 19002
                                                             Phone: (215) 540-8888
                                                             Facsimile: (215) 540-8817
                                                             Email: abennecoff@creditlaw.com
                                                             Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 7th day of March, a true and correct copy of the foregoing pleading served via mail to the below:

Amber Tamir Esq.
Accounts Receivable Management, Inc.
155 Mid Atlantic Parkway
Thorofare, NJ 08086
atamir@arm1.com

*/s/ Amy L. Bennecoff*
Amy L. Bennecoff, Esquire
Attorney ID # AB 0891
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (215) 540-8817
Email: abennecoff@creditlaw.com
Attorney for Plaintiff
